1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  RICHARD PAUL GODLEY,                        No. 2:13-cv-2394 CKD P
12              Petitioner,
13       v.                                     ORDER
14  UNITED STATES OF AMERICA,
15              Respondent.
16

17       Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of
18  habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in forma
19  pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).
20  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of
21  a request to proceed in forma pauperis or submit the appropriate filing fee.
22       In accordance with the above, IT IS HEREBY ORDERED that:
23       1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in
24  support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
25  failure to comply with this order will result in a recommendation that this action be dismissed;
26  and
27  /////
28  /////

                                                1

    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: November 21, 2013

 

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
godl2394.101a