**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD PAUL GODLEY,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | NO. LA CV 14-01166-VBF-MAN <br><br> JUDGMENT |

Pursuant to the Court's Order issued this same date, this action is dismissed without prejudice.

DATED:      August 7, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE